ORIGINAL

**Kalima O Paniolo**
Tribunal Council
ATTYS FOR PLA:
Harris Maluhia Fuller Jr. et. al. (Pro se)
P.O.Box 4046 Waianae Hi. 96792
Cell Phone: (808) 313-9137
Harrisf1965@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 10 2015
at 12 o'clock and 40 min. PM
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAI'I

| | |
|---|---|
| HARRIS M. FULLER Jr. et.al., | ) CIVIL CASE. CV15 00470 HG BMK |
| | ) |
| PLAINTIFFS | ) CIVIL RIGHTS RACIAL DISCRIMINATION, |
| V. | ) VOTING DISCRIMINATION, |
| NAI AUPUNI DIRECTORS, | ) EHHIBIT LIST, |
| JAMES K. ASAM, PAULINE N. NAMU'O, | ) DEMAND A JURY TRIAL |
| NAOMI K. BALLESTEROS, | ) |
| GERALDINE A. MIYAMOTO, SELENA L. SCHUELKE | ) |
| | ) |
| OFFICE OF HAWAIIAN AFFAIRS TRUSTEES | ) |
| KAMANA'OPONO CRABBE, PETER APO | ) |
| ROBERT K. LINDSEY JR., DAN AHUNA, | ) |
| COLETTE Y. MACHADO, JOHN D. WAIHEE | ) |
| CARMEN H. LINDSEY, ROWENA M. N. AKANA | ) |
| HAUNANI APOLIONA, LEINA'ALA AHU ISA | ) |
| DEFENDANTS, | ) |

1