# EXHIBIT LIST

1) Mothers Genealogy

2) Birth and Death Certificates (Harris M. Fuller Jr., mother, grandmother, great grandmother)

3) Harris M. Fuller Jr. Identification page