## COMPLAINTS FOR DAMAGES

NOW INTO COURT, through undersigned tribunal counsel comes Complainants, Kalima O Paniolo, and for a complaint against defendants named herein alleges and avers the following.

### I.

## JURISDICTION

1. This United States District Court for the District of Hawai'i has jurisdiction pursuant to title 28 U.S.C.S 452, pursuant to title 42 U.S.C.S 1986, pursuant to title 42 U.S.C.S 1973 and to the U.S Constitution Article 3 Section 2 Clause 1 pursuant to the 11 amendment.

### II.

## PARTIES

2. Plaintiffs, **KALIMA O PANIOLO** ("complainants") at all Relevant times mentioned herein is a resident of the city of Waianae and the Territory of Hawai'i as a Kanaka Mauoli National therefore elect to take advantage of provisions of title 42 U.S.C.S 1983, Title 42 U.S.C.S 1986, Title 28 U.S.C.S 452, and Article 3 Section 2 Clause 1 pursuant to the 11 amendment to proceed herein without prepayment of cost and fees.

3. Defendants, NAI AUPUNI DIRECTORS, JAMES K. ASAM, PAULINE N. NAMU'O, NAOMI K. BALLESTEROS, GERALDINE A. MIYAMOTO, SELENA L. SCHUELKE.

3

OFFICE OF HAWAIIAN AFFAIRS TRUSTEES –KAMANA'OPONO CRABBE, PETER APO,

ROBERT K. LINDSEY JR., DAN AHUNA, COLETTE Y. MACHADO, JOHN D. WAIHEE, CARMEN H. LINDSEY, ROWENA M. N. AKANA ,HAUNANI APOLIONA, LEINA'ALA AHU ISA. ("Defendants") at all relevant time mentioned herein.

### III.

### VENUE

4. All of the parties and occurrences as set forth in the complaint occurred in this district.

### IV.

### FACTUAL ALLEGATIONS

5. I Harris M. Fuller Jr. and my family are of Kamehameha descendants and are heirs and successors to the Crown Land of Hawaii Nei (EXHIBIT1) (EXHIBIT2) and we are also Kanaka Mauoli (Original True Man) Nationals.

6. Complainant and families Universal Declaration of Human Rights are being violated and infringed upon (EXHIBIT3) Article1: All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood. Article 2: Everyone is entitled to all the rights and freedoms set forth in this Declaration,

4

without distinction of any kind, such as race, color, sex, language, religion, political or other opinion, National or social origin, property, birth or other status. Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs,

whether it be independent, trust, non-self-governing or under any other limitation of sovereignty. Article 3: Everyone has the right to life, liberty and      security of person.  Article 7: All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination. Article 17 (1): Everyone has the right to own property alone as well as in association with others. Article 20 (2): No one may be compelled to an association.  And also Article 21 (1): Everyone has the right to take   part in the government of his country, directly or through freely chosen representatives.

7.   In the state of nature, liberty consists of being free from any superior power on Earth. People are not under the will or lawmaking authority of others but have only the law of nature for their rule. In political society, liberty consists of being under no other lawmaking power except that established by consent in the commonwealth. People are free from the dominion of any will or legal restraint apart from that enacted by their own constituted lawmaking power according to

5

the trust put in it. Freedom is constrained by laws in both the state of nature and political society. Freedom of nature is to be under no other restraint but the law of nature. Freedom of people under government is to be under no restraint apart from standing rules to live by that are common to everyone in the society and made by the lawmaking power established in it. Persons have a right or liberty to (1) follow their own will in all things that the law has not prohibited and (2) not be subject to the inconstant, uncertain, unknown, and arbitrary wills of others

8.   Office of Hawaiian Affairs Entity of The State of Hawaii is funding Nai-Aupuni to            create a government which is a **Nontransparent, Fraudulent and Discriminative** process. Because OHA and OHA newspaper, Ka Wai Ola (August 1, 2013) states "Native Hawaiians who choose not to be included on the official roll risk waiving their right, and the right of their children and descendants, to be legally and politically acknowledged as Native Hawaiians and to participate in a future convention to reorganize the Hawaiian nation..., and as a result may also be excluded from being granted rights of inclusion (citizenship), rights of participation (voting), and rights to potential benefits that may come with citizenship (e.g., land use rights, monetary payments, scholarships, etc.). Even when Complainant. filed a case in Federal District Court of Hawaii case # 1:14-CV-00097-JMS-BMK. Judge Michael Seabright dismissed my case and ruled it was for Congress to decide on sovereignty. Legislature and Judges create laws, but that laws cannot conflict

6

with the constitution. This process is and will be taking away our Birth and God given Rights by force and threat as a Kanaka Mauoli.

9. I demand for an **Injunction** and that this Process to be **Stopped** and demand my **Inheritance** to get the true and rightful Government back **Ko Hawaii Pa'e Aina Ke Aupuni o Hawaii Nei.**

10. "**Give me liberty, or give me death!**" ( Patrick Henery 1775)