Kalima O Paniolo
Tribunal Council
ATTYS FOR PLA:
Harris Maluhia Fuller Jr. et. al. (Pro se)
P.O.Box 4046 Waianae Hi. 96792
Cell Phone: (808) 313-9137
Harrisf1965@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| HARRIS M. FULLER Jr. et.al. , | ) CIVIL CASE: |
| | ) |
| PLAINTIFFS | )CIVIL RIGHTS RACIAL DISCRIMINATION, |
| V. | )VOTING DISCRIMINATION, |
| NAI AUPUNI DIRECTORS, | )EHHIBIT LIST, |
| JAMES K. ASAM, PAULINE N. NAMU'O, | )DEMAND A JURY TRIAL |
| NAOMI K. BALLESTEROS, | ) |
| GERALDINE A. MIYAMOTO, SELENA L. SCHUELKE | ) |
| | ) |
| OFFICE OF HAWAIIAN AFFAIRS TRUSTEES | ) |
| KAMANA'OPONO CRABBE, PETER APO | ) |
| ROBERT K. LINDSEY JR., DAN AHUNA, | ) |
| COLETTE Y. MACHADO, JOHN D. WAIHEE | ) |
| CARMEN H. LINDSEY, ROWENA M. N. AKANA | ) |
| HAUNANI APOLIONA, LEINA'ALA AHU ISA | ) |
| DEFENDANTS, | ) |

8

## DEMAND FOR JURY TRIAL

Plaintiffs above designated hereby demands a Jury trial on all issues herein.

DATED: Honolulu, Hawai'i, 11/10/2015

Respectfully Submitted For Complainants His Royal Highness,

H.R.H Harris Maluhia Fuller Jr.,

*H.R.H Harris M. Fuller Jr.*

9